IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 AUG 16  A 11: 03
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| ROLAND MORENO, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-06-CA-0320-RF |
| | § | |
| CPS ENERGY, formerly known as | § | |
| CITY PUBLIC SERVICE, | § | |
| Defendant. | § | |

### PLAINTIFF'S REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE ROYAL FURGESON, UNITED STATES DISTRICT JUDGE:

Now comes ROLAND MORENO, the Plaintiff in the above-styled and numbered cause, by and through his undersigned attorney of record, and pursuant to the Scheduling Order signed herein on June 30, 2006, respectfully submits this his Report on Alternative Dispute Resolution.

(1) There have been no settlement negotiations in this case.

(2) Glen D. Mangum and Roland Moreno are the persons responsible for settlement negotiations on behalf of the Plaintiff.

(3) Plaintiff and his counsel are willing to participate in mediation, but are of the opinion that the parties should conduct some discovery in this matter before attempting mediation.

(4) Counsel for Plaintiff certifies that his client has been informed of the ADR procedures available in this district.

Respectfully submitted,

*[signature]*

GLEN D. MANGUM
Texas State Bar No. 12903700

111 Soledad, Suite 725
San Antonio, Texas 78205-2381
Telephone: (210) 227-3666
Telecopier: (210) 271-9557

**ATTORNEY FOR PLAINTIFF
ROLAND MORENO**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Report on Alternative Dispute Resolution was mailed, via certified mail, return receipt requested, to Ms. Shannon B. Schmoyer and Ms. Christine E. Reinhard, Akin Gump Strauss Hauer & Feld LLP, 300 Convent Street, Suite 1500, San Antonio, Texas 78205, on this 15th day of August, 2006.

*[signature]*

GLEN D. MANGUM