UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC - 8 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| ROLAND MORENO,<br>　　Plaintiff,<br><br>v.<br><br>CITY OF SAN ANTONIO, acting by<br>and through its agent, the CITY<br>PUBLIC SERVICE BOARD OF SAN<br>ANTONIO, d/b/a CPS ENERGY,<br>　　Defendant. | §<br>§<br>§<br>§<br>§　No. SA-06-CA-320-RF<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING IN PART, AND DENYING IN PART, PLAINTIFF'S MOTION TO COMPEL

BEFORE THE COURT is Plaintiff's Motion to Compel (Docket No. 18), filed November 7, 2006. On this day, the parties appeared for a hearing on the Motion. Having considered the briefs and arguments of counsel, the Court is of the opinion that the Motion should be GRANTED IN PART and DENIED IN PART.

The Court hereby ORDERS the Defendant to produce copies of organizational charts showing its executive and managerial positions (1) six months before Plaintiff's demotion, (2) six months after the demotion, and (3) at the present day. The charts shall list each executive and managerial position by title, the employee's name, and his or her race or ethnicity. All other relief requested in Plaintiff's Motion is DENIED.

Signed this 8th day of December, 2006.

_____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

R:\Mark\Civil\Moreno v. CPS Energy\Order re Motion to Compel.wpd